# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG GUSTAVO LOPEZ,<br><br>   Petitioner,<br><br> v.<br><br>E. VALENZUELA,<br><br>   Respondent. | NO. CV 13-3337-JFW (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objection to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations set forth in the Report.

  IT IS ORDERED that: (1) the motions to dismiss filed by Respondent on August 9, 2013, and October 25, 2013 are GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing Grounds One and Two of the Petition with prejudice and dismissing Ground Three of the Petition without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: <u>March 13, 2014</u> .

                                              JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE