JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GREG GUSTAVO LOPEZ,                    )        NO. CV 13-3337-JFW (MAN)
              Petitioner,        )
                    )
   v.                                    )        JUDGMENT
                    )
E. VALENZUELA,                         )
              Respondent.        )
_____)

     Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that this action is dismissed as follows: Grounds One and Two of the Petition are dismissed with prejudice; and Ground Three of the Petition is dismissed without prejudice.

DATED: March 13, 2014.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE